UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHARLES BARKLEY, on behalf of himself and all others similarly situated, ) | CASE NO. 5:18-CV-2377-SL |
| ) | |
| ) | JUDGE SARA ELIZABETH LIOI |
| Plaintiff, ) | |
| ) | **MOTION TO DISMISS *WITHOUT*** |
| v. ) | ***PREJUDICE* FOR FAILURE TO** |
| ) | **COOPERATE WITH SETTLEMENT** |
| NATIONAL POLISHING SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOW COMES Defendant National Polishing Systems, Inc., by and through its counsel, and hereby moves to dismiss Barkley's case *without prejudice* because Barkley has failed to cooperate and execute the settlement agreement reached by the parties. In support of its *Motion,* Defendant states:

- On December 13, 2018, the parties agreed on a settlement of this case. *Notice of Settlement, Docket #9.*

- On December 27, 2018, Defendant's counsel forwarded the settlement papers (including a motion for court approval) to Barkley's counsel for review and approval.

- To date, there has been no objection to the settlement papers.

- Upon information and belief, Barkley's counsel attempted to reach Barkley numerous times since December 27, 2018 – without success or any return communication from Barkley.

- On January 14, 2018, the parties filed a *Joint Motion for 2 Week Extension* to seek approval of the parties' settlement agreement (*Joint Motion for 2 Week Extension, Docket #11*) to allow more time for Barkley to cooperate and respond.

- Upon information and belief, Barkley's counsel made further attempts to reach Barkley between January 14th – January 28th, 2019 – again without success or any return communication from Barkley.

- Upon information and belief, Barkley is not cooperating with his own counsel and has not executed the proposed settlement agreement. Nor has he objected to the agreement.

- Upon information and belief, Barkley's counsel intends to file a motion to withdraw as counsel.

Because Barkley has failed to cooperate and execute the settlement agreement, has failed to communicate with his own counsel and – by doing so – has wasted the Court's and counsel's time and resources, Defendant asks the Court to dismiss Barkley's case *without prejudice.*

Respectfully submitted,

/s/ Barry Y. Freeman
Barry Y. Freeman (#0062040)
BUCKINGHAM DOOLITTLE & BURROUGHS LLC
1375 E. 9th Street, Suite 1700
Cleveland, Ohio  44114
Telephone:  (216) 736.4223
Facsimile:  (216) 615.3023
bfreeman@bdblaw.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served on all parties, via the Court's electronic filing system, this 28th day of January, 2019.

/s/ Barry Y. Freeman

CL2:490415_v1