# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES BARKLEY, | ) | CASE NO. 5:18-cv-2377 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| NATIONAL POLISHING SYSTEMS, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is defendant's motion to dismiss without prejudice due to plaintiff's failure to cooperate with the settlement. (Doc. No. 12.)

On December 14, 2018, having been advised by the parties that the case had settled, the Court directed that a joint, proposed final entry dismissing the case be submitted by January 28, 2019. On that date, defendant filed its motion to dismiss without prejudice and, on January 29, 2019, plaintiff's counsel moved for leave to withdraw as counsel and to extend the time for filing a response to the motion to dismiss. (Doc. No. 13.)

On March 12, 2019, the Court granted plaintiff's counsel's motion to withdraw their representation of plaintiff and directed that a copy of the order and a copy of defendant's motion to dismiss be served upon plaintiff.[1] In that same order, the Court set March 29, 2019 as plaintiff's deadline to oppose the motion to dismiss. The Court indicated that "[f]ailure of plaintiff to file a response will result in an order granting defendant's motion to dismiss without prejudice." (Doc. No. 15, Order at 65-66.)

---

[1] Plaintiff's now withdrawn counsel filed a notice of such service. (*See* Doc. No. 16.)

The March 29th deadline has passed with no opposition to the motion to dismiss having been filed by plaintiff and no further extension having been requested.

Accordingly, defendant's motion to dismiss without prejudice (Doc. No. 12) is granted. Case closed.

**IT IS SO ORDERED**.

Dated: April 1, 2019

                                              **HONORABLE SARA LIOI**
                                              **UNITED STATES DISTRICT JUDGE**